Michael E. Hansen [SBN 191737]
Attorney at Law
711 Ninth Street, Suite 100
Sacramento, CA 95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
MAJOR NORTON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>MICHAEL LOTT, et al.<br><br>            Defendants. | No. 2:12-CR-00169 MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jason Hitt, Assistant United States Attorney, attorney for plaintiff; Michael Hansen, attorney for defendant Major Norton; Dan Koukol, attorney for defendant Lawrence Nelson; Olaf Hedberg, attorney for defendant Gaylord Franklin; Kelly Babineau, attorney for defendant Eric Robinson; Hayes Gable , attorney for Clifford Bullock, Gilbert Roque, attorney for Dante Barbarin, Christopher Haydn-Myer, attorney for Eileen Knight, Robert Holley, attorney for defendant Damian Peterson, and Ronald Peters, attorney for Mikel Brown, that the previously-scheduled status conference date of November 8, 2012, be vacated and the matter set for status conference on February 28, 2013, at 9:00 a.m.

This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case. Also, it is anticipated that a status conference will be scheduled in related case number 2:11-CR-00190 MCE on February 28, 2013, at 9:00 a.m.

1

**Stipulation and Order to Continue Status Conference**

1     The Government concurs with this request.

2     Further, the parties agree and stipulate the ends of justice served by the granting of such
3  a continuance outweigh the best interests of the public and the defendants in a speedy trial and
4  that time within which the trial of this case must be commenced under the Speedy Trial Act
5  should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to
6  Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties'
7  stipulation, November 8, 2012, to and including February 28, 2013.

8     Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

9     IT IS SO STIPULATED.

10 Dated:  November 6, 2012                    Respectfully submitted,

11                                             /s/ Michael E. Hansen
                                               MICHAEL E. HANSEN
12                                             Attorney for Defendant
                                               MAJOR NORTON
13
   Dated:  November 6, 2012                    /s/ Michael E. Hansen for
14                                             DAN KOUKOL
                                               Attorney for Defendant
15                                             LAWRENCE NELSON

16 Dated:  November 6, 2012                    /s/ Michael E. Hansen for
                                               OLAF HEDBERG
17                                             Attorney for Defendant
                                               GAYLORD FRANKLIN
18
   Dated:  November 6, 2012                    /s/ Michael E. Hansen for
19                                             HAYES GABLE, III
                                               Attorney for Defendant
20                                             CLIFFORD BULLOCK

21 Dated:  November 6, 2012                    /s/ Michael E. Hansen for
                                               KELLY BABINEAU
22                                             Attorney for Defendant
                                               ERIC ROBINSON
23
   Dated:  November 6, 2012                    /s/ Michael E. Hansen for
24                                             ROBERT HOLLEY
                                               Attorney for Defendant
25                                             DAMIAN PETERSON

26 Dated:  November 6, 2012                    /s/ Michael E. Hansen for
                                               GILBERT ROQUE
27                                             Attorney for Defendant
                                               DANTE BARBARIN
28

2

**Stipulation and Order to Continue Status Conference**

1  Dated: November 6, 2012        /s/ Michael E. Hansen for
                                   CHRISTOPHER HAYDN-MYER
2                                  Attorney for Defendant
                                   EILEEN KNIGHT
3
   Dated: November 6, 2012        /s/ Michael E. Hansen for
4                                  RONALD PETERS
                                   Attorney for Defendant
5                                  MIKEL BROWN

6  Dated: November 6, 2012        BENJAMIN B. WAGNER
                                   United States Attorney
7
                                   By:  /s/ Michael E. Hansen for
8                                  JASON HITT
                                   Assistant U.S. Attorney
9                                  Attorney for Plaintiff

**Stipulation and Order to Continue Status Conference**

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, November 6, 2012, to and including February 28, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the November 8, 2012, status conference shall be continued until February 28, 2013, at 9:00 a.m.

**IT IS SO ORDERED**.

Dated: November 14, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**Stipulation and Order to Continue Status Conference**